Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
OFFICERS BRAXTON SHAW (erroneously named as BRAXSTON SHAW), MICHAEL COBLENTZ and NICOLAS MARTINEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA OCHOA, BRANDEN COSTA, JAJUAN JOHNSON, ANTONIO MAY, and MICHAEL PERR, KIVON WILLIAMS, GADSEEL QUINONEZ, and JOSE QUINONEZ individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a legal subdivision of the State of California; BRAXSTON SHAW; MICHAEL COBLENTZ; NICOLAS MARTINEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 20-cv-06963-AB-AGR<br><br>**JOINT STATUS REPORT REGARDING CRIMINAL PROCEEDINGS** |

Joint Status Report re Criminal Proceedings [20-cv-6963-AB-AGR]

Pursuant to the Court's Order (Dkt. 54), the parties submit the following joint status report regarding the status of the criminal proceedings against the Officer Defendants (Defendants Braxton Shaw, Michael Coblentz and Nicolas Martinez), as follows:

As this Court may recall, the Officer Defendants were prosecuted criminally in Los Angeles Superior Court Action No. BA488467.  On April 25, 2022, the criminal charges against Officer Michael Coblentz and Officer Nicolas Martinez were dismissed.  As a result, only the criminal charges against Officer Braxton Shaw remain pending.  Since that time, the criminal prosecution against Officer Shaw has continued to progress, with the preliminary hearing scheduled for June 5, 2023.

Dated:  April 10, 2023          **ORBACH HUFF & HENDERSON LLP**

By:  */s/ Kevin E. Gilbert*
    Kevin E. Gilbert
    Attorney for Defendants
    OFFICERS BRAXTON SHAW, MICHAEL COBLENTZ and NICOLAS MARTINEZ

Dated:  April 10, 2023          HYDEE FELDSTEIN SOTO, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
JEFFREY L. GOSS, Deputy City Attorney
JESSICA A. MARIANI, Deputy City Attorney
RYAN SALSIG, Deputy City Attorney

By:  */s/ Jeffrey L. Goss*
    Jeffrey L. Goss, Deputy City Attorney
    Attorneys for Defendant
    CITY OF LOS ANGELES

Dated: April 10, 2023

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**

By: */s/ Michael D. Seplow*
     Paul Hoffman
     Michael D. Seplow
     Attorneys for Plaintiffs